Fill in this information to identify the case:

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* _____ Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Thompson Electric, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-1712381** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **129 Southside Park Drive** <br> **Lebanon, TN 37090** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Wilson** <br> County | **Location of principal assets, if different from principal place of business** <br> <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

District _____  When _____  Case number _____

District _____  When _____  Case number _____

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million         ☐ More than $50 billion

| | |
|---|---|
| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 7, 2025**
                     MM / DD / YYYY

**X** **/s/ Jon Thompson** _____      **Jon Thompson** _____
Signature of authorized representative of debtor      Printed name

Title   **President** _____

**18. Signature of attorney**

**X** **/s/ R. Alex Payne** _____      Date **April 7, 2025**
Signature of attorney for debtor                                   MM / DD / YYYY

**R. Alex Payne**
Printed name

**Dunham Hildebrand Payne Waldron, PLLC**
Firm name

**9020 Overlook Blvd., Suite 316**
**Brentwood, TN 37027**
Number, Street, City, State & ZIP Code

Contact phone **629 777 6529**      Email address **alex@dhnashville.com**

**031387 TN**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **Thompson Electric, Inc.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF TENNESSEE

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 7, 2025**          X **/s/ Jon Thompson**
_____          _____
                                                                 Signature of individual signing on behalf of debtor

                                                                 **Jon Thompson**
                                                                 Printed name

                                                                 **President**
                                                                 Position or relationship to debtor

| | |
|---|---|
| Debtor name | **Thompson Electric, Inc.** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF TENNESSEE** |
| Case number (if known): | |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Associated Builders and Contractors 560 Royal Pkwy Nashville, TN 37214 | | | | | | $15,500.00 |
| Bager Daylighting Corp. 4910 N CR 900 E Brownsburg, IN 46112 | | | | | | $19,033.76 |
| Beacon Technologies 1441 Donelson Pike Nashville, TN 37217 | | | | | | $15,493.00 |
| Border States Electric Supply of TN PO Box 306079 Nashville, TN 37230 | | | Contingent Unliquidated | | | $136,405.69 |
| Capital One PO Box 71087 Charlotte, NC 28272 | | | | | | $302,314.55 |
| CED PO Box 936364 Atlanta, GA 31193 | | | | | | $20,579.35 |
| CES 120 Lineberry Blvd. Mount Juliet, TN 37122 | | | Contingent Unliquidated Disputed | | | $258,962.64 |
| Crawford Electric Supply Co. PO Box 847160 Dallas, TX 75284-7160 | | | Contingent Unliquidated Disputed | | | $78,445.20 |
| Elliott Electric Supply PO Box 206524 Dallas, TX 75320 | | | | | | $66,694.59 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **GrayBar Electric Company, Inc. 825 8th Ave S Nashville, TN 37203** | | | **Contingent Unliquidated Disputed** | | | $14,960.00 |
| **Hampton Crane Service, Inc. 1499 County Hospital Road Nashville, TN 37218** | | | | | | $11,545.00 |
| **Light Bulb Depot P.O. BOX 410 Aurora, MO 65605-6747** | | | | | | $11,780.64 |
| **Old Dominion Firestopping, LLC 12764 Oake Lake Ct MN 56445** | | | | | | $14,504.25 |
| **Pinnacle Cardmember Services PO Box 332509 Murfreesboro, TN 37133** | | | | | | $50,613.79 |
| **ServisFirst Bank 1600 West End Avenue, Suite 200 Nashville, TN 37203** | | **UCC Doc. No. 439662699 - LOC - blanket lien** | | $2,000,000.00 | $0.00 | $2,000,000.00 |
| **South Western Communications 4871 Rosebud Lane Newburgh, IN 47630** | | | | | | $25,902.00 |
| **SouthPower Electric PO Box 695 Fultondale, AL 35068** | | | | | | $12,300.69 |
| **Tennessee Underground, LLC 270 Rockland Rd Hendersonville, TN 37075** | | | **Contingent Unliquidated Disputed** | | | $23,000.00 |
| **United Rentals (North America) Inc PO Box 100711 Atlanta, GA 30384** | | | | | | $26,295.01 |
| **Vector Security 3001 Armory Drive Nashville, TN 37204** | | | | | | $21,684.00 |

Debtor name    **Thompson Electric, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known)    _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

Part 1:    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................................    $ _____**0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...........................................................................    $ _____**1,252,208.74**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................    $ _____**1,252,208.74**

Part 2:    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____**2,237,007.40**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $ _____**0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$ _____**1,167,006.22**

4.    **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b    $ _____**3,404,013.62**

Debtor name     **Thompson Electric, Inc.**

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF TENNESSEE

Case number (if known)     _____

☐ Check if this is an
   amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.     **Cash on hand** | **$236.00** |

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Pinnacle Bank** | **Checking** | **9530** | **$2,008.08** |
| 3.2. | **ServisFirst Bank** | **Checking** | **6398** | **$0.00** |
| 3.3. | **Regions Bank** | **Checking** | **8336** | **$191,509.39** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$193,753.47** |
|---|

### Part 2:     Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**

Debtor **Thompson Electric, Inc.**
Name

Case number *(if known)* _____

Description, including name of holder of deposit

7.1. **Security deposit for lease of property** _____ **$2,000.00**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.** | **$2,000.00**
Add lines 7 through 8. Copy the total to line 81.

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:      **468,185.92**    -    **0.00**   = ....    **$468,185.92**
                 face amount                doubtful or uncollectible accounts

11b. Over 90 days old:      **1,219,975.63**    -    **975,980.00**   =....    **$243,995.63**
                 face amount                doubtful or uncollectible accounts

12. **Total of Part 3.** | **$712,181.55**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Electrical materials** | | **$0.00** | | **$0.00** |

23. **Total of Part 5.** | **$0.00**
Add lines 19 through 22. Copy the total to line 84.

24.     **Is any of the property listed in Part 5 perishable?**
        ■ No
        ☐ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
        ■ No
        ☐ Yes. Book value    _____ Valuation method _____ Current Value _____

26.     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** **1 conference room table, 16 desks, 25 office chairs, 1 small conference table, 1 dishwasher, 1 stove** | **$0.00** | | **$3,500.00** |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software** **14 laptops, 18 monitors, 3 desk phones, 1 plotter, Konica Minolta C300I Copier S/N AA2K013003577 and Canon TM300 Printers S/N BALA04669 (see Schedule G for details)** | **$0.00** | | **$3,773.72** |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                     | **$7,273.72** |
       Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ☐ No
       ■ Yes

Debtor  **Thompson Electric, Inc.**          Case number *(If known)* _____
          Name

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Leased 2019 FORD T150 VIN:1FTYE1ZM0KKB79342 (See Schedule G)** | $0.00 | | $0.00 |
| 47.2. **2022 Ford F550 PK Bucket Truck VIN: 1FDUF5HT5MDA15115** | $0.00 | | $92,000.00 |
| 47.3. **Leased 2020 FORD F150 VIN: 1FTMF1CB8LKD93953 (See Schedule G)** | $0.00 | | $0.00 |
| 47.4. **Leased 2020 FORD F150 VIN: 1FTMF1CB5LKF32663 (See Schedule G)** | $0.00 | | $0.00 |
| 47.5. **Leased 2020 FORD T150 VIN: 1FTYE1Y82LKB67926 (See Schedule G)** | $0.00 | | $0.00 |
| 47.6. **2019 FORD T250 VIN: 1FTYR1ZM0KKB01499** | $0.00 | | $11,000.00 |
| 47.7. **2022 FORD F150 VIN: 1FTMF1CB8NKE88029** | $0.00 | | $27,000.00 |
| 47.8. **2022 FORD F150 VIN: 1FTEX1CB2NKF25545** | $0.00 | | $27,000.00 |
| 47.9. **2022 FORD F150 VIN: 1FTEX1CB4NKE84433** | $0.00 | | $31,000.00 |
| 47.10. **2024 FORD F150 VIN: 1FTFW2L53RKE41814** | $0.00 | | $42,000.00 |
| 47.11. **2022 FORD F150 VIN: 1FTEX1CP8NKE85533** | $0.00 | | $31,000.00 |
| 47.12. **2022 FORD F150 VIN: 1FTMF1C58NKE47278** | $0.00 | | $25,000.00 |
| 47.13. **2019 CHEV EXCARG VIN: 1GCWGAFG2K1345981** | $0.00 | | $17,000.00 |

| | | | | |
|---|---|---|---|---|
| 47.14· | **Leased 2022 Chevrolet Express 2500 VIN: 1GCWGAFP4N1163235 (See Schedule G)** | **$0.00** | | **$0.00** |
| 47.15· | **Leased 2022 Chevrolet Colorado VIN: 1GCHSCEA3N1207306 (See Schedule G)** | **$0.00** | | **$0.00** |
| 47.16· | **Leased 2022 Chevrolet Express 2500 VIN: 1GCWGAFP4N1162957 (See Schedule G)** | **$0.00** | | **$0.00** |
| 47.17· | **Leased 2022 Chevrolet Express 2500 VIN: 1GCWGAF77N1177775 (See Schedule G)** | **$0.00** | | **$0.00** |
| 47.18· | **Leased 2022 Chevrolet Express 2500 VIN: 1GCWGAFP1N1162933 (See Schedule G)** | **$0.00** | | **$0.00** |
| 47.19· | **Leased 2022 Chevrolet Express 2500 VIN: 1GCWGAF73N1177269 (See Schedule G)** | **$0.00** | | **$0.00** |
| 47.20· | **Leased 2022 Chevrolet Colorado VIN: 1GCGSBEA7N1290244 (See Schedule G)** | **$0.00** | | **$0.00** |
| 47.21· | **Leased 2022 Chevrolet Express 2500 VIN: 1GCWGAFP2N1163072 (See Schedule G)** | **$0.00** | | **$0.00** |
| 47.22· | **Leased 2022 Chevrolet Express 2500 VIN: 1GCWGAFP8N1163044 (See Schedule G)** | **$0.00** | | **$0.00** |
| 47.23· | **Coring Drill Kit** | **$0.00** | | **$2,000.00** |
| 47.24· | **2019 Ford Transit Van VIN: 1FTYR1ZMXKKA55051** | **$0.00** | | **$16,000.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
    **Greenlee EK12IDL SN-479637dq034** _____ **$0.00** _____ **$2,500.00**

_____
Name

| | | |
|---|---|---|
| **Rigid 1224 SN-B38084** | $0.00 | $5,000.00 |
| **Two Dual-Latch Welded Mesh Security Carts** | $0.00 | $500.00 |
| **Forklift SN-52577** | $0.00 | $8,000.00 |

51. **Total of Part 8.**

   Add lines 47 through 50.  Copy the total to line 87.

   $337,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☐ No
   ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55.       Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Facility lease located at 129 Southside Park Drive, Lebanon, TN 37090 (See Schedule G for details)** | | $0.00 | | $0.00 |

56. **Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   $0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** Thompson Electric, Inc. website domain | $0.00 | | $0.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** Customer contact list | $0.00 | | $0.00 |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.    | $0.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
■ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor **Thompson Electric, Inc.**            Case number *(If known)* _____
<br>Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $193,753.47 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $712,181.55 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,273.72 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $337,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,252,208.74 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,252,208.74 |

**Fill in this information to identify the case:**

Debtor name    **Thompson Electric, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|

---

**2.1   FCCI Insurance Company**
Creditor's Name

**6300 University Parkway**
**Sarasota, FL 34240**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**UCC Doc. No. U2025008533 - blanket lien with General Indemnity Agreement dated April 8, 2022**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

| $0.00 | $0.00 |
|---|---|

---

**2.2   Ford Motor Credit**
Creditor's Name

**Bankruptcy Department**
**PO Box 35911**
**Cleveland, OH 44135-0911**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**See attached list**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

| $167,607.40 | $211,000.00 |
|---|---|

---

| Debtor | **Thompson Electric, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Pinnacle Bank** | Describe debtor's property that is subject to a lien | $69,400.00 | $92,000.00 |
|---|---|---|---|---|

Creditor's Name

**150 Third Avenue South, Suite 900**
**Nashville, TN 37201**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2022 Ford F550 PK Bucket Truck (VIN 1FDUF5HT5MDA15115)**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **ServisFirst Bank** | Describe debtor's property that is subject to a lien | $2,000,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1600 West End Avenue, Suite 200**
**Nashville, TN 37203**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**5316**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**UCC Doc. No. 439662699 - LOC - blanket lien**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $2,237,007.40 |
|---|---|---|

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Debtor | Thompson Electric, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Corporation Service Company**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703** | Line __2.4__ | |
| **Stites & Harbison, PLLC**<br>**c/o Joshua Kyle Chesser**<br>**401 Commerce Street, Suite 800**<br>**Nashville, TN 37219** | Line __2.1__ | |

Schedule D, Part 1

2.2. Ford Motor Credit – Total Claim Amount: $167,607.40

| **Property Subject to Lien** | | | **Value of Collateral** |
|---|---|---|---|
| 2019 FORD T250 VIN:<br>1FTYR1ZM0KKB01499 | $0.00 | | $11,000.00 |
| 2022 FORD F150 VIN:<br>1FTMF1CB8NKE88029 | $0.00 | | $27,000.00 |
| 2022 FORD F150 VIN:<br>1FTEX1CB2NKF25545 | $0.00 | | $27,000.00 |
| 2022 FORD F150 VIN:<br>1FTEX1CB4NKE84433 | $0.00 | | $31,000.00 |
| 2024 FORD F150 VIN:<br>1FTFW2L53RKE41814 | $0.00 | | $42,000.00 |
| 2022 FORD F150 VIN:<br>1FTEX1CP8NKE85533 | $0.00 | | $31,000.00 |
| 2022 FORD F150 VIN:<br>1FTMF1C58NKE47278 | $0.00 | | $25,000.00 |
| 2019 CHEV EXCARG VIN:<br>1GCWGAFG2K1345981 | $0.00 | | $17,000.00 |

Fill in this information to identify the case:

Debtor name **Thompson Electric, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
  amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
| | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
| | **TN Department of Revenue**<br>**500 Deaderick Street**<br>**Nashville, TN 37242** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Thompson Electric, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,500.00 |
|---|---|---|---|

**Associated Builders and Contractors**
**560 Royal Pkwy**
**Nashville, TN 37214**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,033.76 |
|---|---|---|---|

**Bager Daylighting Corp.**
**4910 N CR 900 E**
**Brownsburg, IN 46112**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,493.00 |
|---|---|---|---|

**Beacon Technologies**
**1441 Donelson Pike**
**Nashville, TN 37217**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136,405.69 |
|---|---|---|---|

**Border States Electric Supply of TN**
**PO Box 306079**
**Nashville, TN 37230**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $302,314.55 |
|---|---|---|---|

**Capital One**
**PO Box 71087**
**Charlotte, NC 28272**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  3955

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,579.35 |
|---|---|---|---|

**CED**
**PO Box 936364**
**Atlanta, GA 31193**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $258,962.64 |
|---|---|---|---|

**CES**
**120 Lineberry Blvd.**
**Mount Juliet, TN 37122**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,149.00 |
|---|---|---|---|

**ClearLine Networks**
**5925 Clarksville Hwy**
**Joelton, TN 37080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78,445.20 |
|---|---|---|---|

**Crawford Electric Supply Co.**
**PO Box 847160**
**Dallas, TX 75284-7160**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,727.23 |
|---|---|---|---|

**Dyna-Brite Lighting**
**200 McElhiney Road**
**Dickson, TN 37055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66,694.59 |
|---|---|---|---|

**Elliott Electric Supply**
**PO Box 206524**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Equipmentshare**
**5710 Bull Run Drive**
**Columbia, MO 65201**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Notice only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,392.58 |
|---|---|---|---|

**Fifth and Broad, LLC**
**7895 Heaton Way**
**Nashville, TN 37211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,960.00 |
|---|---|---|---|

**GrayBar Electric Company, Inc.**
**825 8th Ave S**
**Nashville, TN 37203**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Thompson Electric, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11,545.00 |
|---|---|---|---|

**Hampton Crane Service, Inc.**
**1499 County Hospital Road**
**Nashville, TN 37218**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11,780.64 |
|---|---|---|---|

**Light Bulb Depot**
**P.O. BOX 410**
**Aurora, MO 65605-6747**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $14,504.25 |
|---|---|---|---|

**Old Dominion Firestopping, LLC**
**12764 Oake Lake Ct**
**MN 56445**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50,613.79 |
|---|---|---|---|

**Pinnacle Cardmember Services**
**PO Box 332509**
**Murfreesboro, TN 37133**

Date(s) debt was incurred _

Last 4 digits of account number  **6700**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,880.00 |
|---|---|---|---|

**PowerCom Solutions**
**1122 Foster Avenue**
**Nashville, TN 37210**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,458.25 |
|---|---|---|---|

**Robert Half, Inc.**
**PO Box 743295**
**Los Angeles, CA 90074-3295**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,450.00 |
|---|---|---|---|

**Scott Construction Company LLC**
**1017 Hwy 48 S**
**Dickson, TN 37055**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,735.00 |
|---|---|---|---|

**Sentry**
**167 Center Point Rd South**
**Hendersonville, TN 37075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,902.00 |
|---|---|---|---|

**South Western Communications**
**4871 Rosebud Lane**
**Newburgh, IN 47630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,300.69 |
|---|---|---|---|

**SouthPower Electric**
**PO Box 695**
**Fultondale, AL 35068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,000.00 |
|---|---|---|---|

**Tennessee Underground, LLC**
**270 Rockland Rd**
**Hendersonville, TN 37075**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,200.00 |
|---|---|---|---|

**True Line Coring & Cutting**
**274 Hermitage Ave.**
**Nashville, TN 37210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,295.01 |
|---|---|---|---|

**United Rentals (North America) Inc**
**PO Box 100711**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,684.00 |
|---|---|---|---|

**Vector Security**
**3001 Armory Drive**
**Nashville, TN 37204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | Thompson Electric, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Apex Cardmember Services**<br>PO Box 332509<br>Murfreesboro, TN 37133 | Line **3.18**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Timothy H Nichols, Esq.**<br>1614 19th Ave S<br>Nashville, TN 37212 | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 1,167,006.22 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,167,006.22 |

Debtor name    **Thompson Electric, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **2022 Chevrolet Express 2500 VIN: 1GCWGAFP4N1163235** |
| | State the term remaining | **24 months** |
| | List the contract number of any government contract | _____ |
| | | **Enterprise Fleet Management 7125 Crossroads Blvd. Brentwood, TN 37027** |

| | | |
|---|---|---|
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **2022 Chevrolet Colorado VIN: 1GCHSCEA3N1207306** |
| | State the term remaining | **26 months** |
| | List the contract number of any government contract | _____ |
| | | **Enterprise Fleet Management 7125 Crossroads Blvd. Brentwood, TN 37027** |

| | | |
|---|---|---|
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **2022 Chevrolet Express 2500 VIN: 1GCWGAFP4N1162957** |
| | State the term remaining | **24 months** |
| | List the contract number of any government contract | _____ |
| | | **Enterprise Fleet Management 7125 Crossroads Blvd. Brentwood, TN 37027** |

| | | |
|---|---|---|
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **2022 Chevrolet Express 2500 VIN: 1GCWGAF77N1177775** |
| | State the term remaining | **28 months** |
| | List the contract number of any government contract | _____ |
| | | **Enterprise Fleet Management 7125 Crossroads Blvd. Brentwood, TN 37027** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **2022 Chevrolet Express 2500 VIN: 1GCWGAFP1N1162933** | |
|---|---|---|---|
| | State the term remaining | **24 months** | **Enterprise Fleet Management 7125 Crossroads Blvd. Brentwood, TN 37027** |
| | List the contract number of any government contract | _____ | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **2022 Chevrolet Express 2500 VIN: 1GCWGAF73N1177269** | |
|---|---|---|---|
| | State the term remaining | **28 months** | **Enterprise Fleet Management 7125 Crossroads Blvd. Brentwood, TN 37027** |
| | List the contract number of any government contract | _____ | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **2022 Chevrolet Colorado VIN: 1GCGSBEA7N1290244** | |
|---|---|---|---|
| | State the term remaining | **29 months** | **Enterprise Fleet Management 7125 Crossroads Blvd. Brentwood, TN 37027** |
| | List the contract number of any government contract | _____ | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **2022 Chevrolet Express 2500 VIN: 1GCWGAFP2N1163072** | |
|---|---|---|---|
| | State the term remaining | **25 months** | **Enterprise Fleet Management 7125 Crossroads Blvd. Brentwood, TN 37027** |
| | List the contract number of any government contract | _____ | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **2022 Chevrolet Express 2500 VIN: 1GCWGAFP8N1163044** | |
|---|---|---|---|
| | State the term remaining | **24 months** | **Enterprise Fleet Management 7125 Crossroads Blvd. Brentwood, TN 37027** |
| | List the contract number of any government contract | _____ | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **2019 FORD T150 VIN:1FTYE1ZM0KKB79 342** | |
|---|---|---|---|
| | State the term remaining | **Month-to-month** | **Ford Motor Credit Bankruptcy Department PO Box 35911 Cleveland, OH 44135-0911** |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **2020 FORD F150 VIN: 1FTMF1CB8LKD93953** | |
|---|---|---|---|
| | State the term remaining | **5 months** | **Ford Motor Credit Bankruptcy Department PO Box 35911 Cleveland, OH 44135-0911** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **2020 FORD F150 VIN: 1FTMF1CB5LKF32663** | |
|---|---|---|---|
| | State the term remaining | **6 months** | **Ford Motor Credit Bankruptcy Department PO Box 35911 Cleveland, OH 44135-0911** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **2020 FORD T150 VIN: 1FTYE1Y82LKB67926** | |
|---|---|---|---|
| | State the term remaining | **Month-to-month** | **Ford Motor Credit Bankruptcy Department PO Box 35911 Cleveland, OH 44135-0911** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of facility space at 129 Southside Park Drive, Lebanon, TN 37090** | |
|---|---|---|---|
| | State the term remaining | **6 months** | **Stephen and Sherri Merryman 2050 Neal Road Watertown, TN 37184** |
| | List the contract number of any government contract | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Konica Minolta C300I Copier S/N AA2K013003577 and Canon TM300 Printers S/N BALA04669** | |
|---|---|---|---|
| | State the term remaining | | **US Bank Equipment Finance PO Box 790448 Saint Louis, MO 63179-0448** |
| | List the contract number of any government contract | | |

Debtor name    **Thompson Electric, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                           12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                          Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Chrystelle Thompson** | **129 Southside Park Drive Lebanon, TN 37090** | **FCCI Insurance Company** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Jon Thompson** | **2187 Africa Road Lebanon, TN 37087** | **Capital One** | ☐ D _____ <br> ■ E/F __3.5__ <br> ☐ G _____ |
| 2.3 | **Jon Thompson** | **2187 Africa Road Lebanon, TN 37087** | **ServisFirst Bank** | ■ D __2.4__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Jon Thompson** | **2187 Africa Road Lebanon, TN 37087** | **FCCI Insurance Company** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **Jon Thompson** | **2187 Africa Road Lebanon, TN 37087** | **Pinnacle Bank** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |

Case 3:25-bk-01471   Doc 1   Filed 04/07/25   Entered 04/07/25 14:43:09   Desc Main
Document      Page 32 of 51

| Debtor | **Thompson Electric, Inc.** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
| --- | --- |

Debtor name  **Thompson Electric, Inc.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF TENNESSEE

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$1,508,794.67** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other  _____ | **$9,797,947.74** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  _____ | **$10,234,124.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Ford Motor Credit Bankruptcy Department** PO Box 35911 Cleveland, OH 44135-0911 | January-March 2025 | $56,266.70 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.2. **Pinnacle Cardmember Services** PO Box 332509 Murfreesboro, TN 37133 | January-March 2025 | $40,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.3. **Internal Revenue Service** PO Box 7346 Philadelphia, PA 19101 | January-February 2025 | $87,103.21 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Border States Industries, Inc. v. Thompson Electric, Inc., et. al<br>25-0010-II | Civil | Davidson Co. Chancery Court<br>1 Public Square<br>Nashville, TN 37201 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | Doster Construction Company, Inc. v. Thompson Electric, Inc.<br>25-0266-IV | Civil | Davidson Co. Chancery Court<br>1 Public Square<br>Nashville, TN 37201 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Trades Unlimited, LLC v. Thompson Electric, Inc.<br>24-1170-I | Civil | Davidson Co. Chancery Court<br>1 Public Square<br>Nashville, TN 37201 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Turner Law Offices, OC v. Thompson Electric, Inc.<br>23GC6648 | Civil | Metropolitan General Sessions Court<br>of Davidson County, TN<br>A.A. Birch Building, 408 2nd Ave N<br>Nashville, TN 37201 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Ikon Construction, Inc. v. Thompson Electric, Inc.<br>24CV-54039 | Civil | Williamson County Chancery Court<br>135 4th Ave S #236<br>Franklin, TN 37064 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. | Builders Mutual Insurance Company a/s/o Thompson Electric, Inc. v. Carlton Bernard Dockins, et. al<br>2023-CV-314 | Civil | Wilson County Circuit Civil Court<br>134 S. College Street<br>Lebanon, TN 37087 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. | City Electric Supply v. Thompson Electric, Inc.<br>2025-CV-223 | Civil | Wilson County Circuit Civil Court<br>134 S. College Street<br>Lebanon, TN 37087 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Theft of project materials - electrical wires:**<br>**520' - Brwn, Orange, Ylw, Grey - #1 w/#3 Green**<br>**315' - Brwn, Orange, Ylw, Grey - 4/0 w/ #4 Green**<br>**325' - Brwn, Orange, Ylw - 2/0 w/#6 Green**<br>**80' - Brwn, Orange, Ylw - 2/0 w/#6 Green**<br>**170' - Black, Red, Blue, White - 350 w/#2 Green**<br>**80' - Black, Red, Blue, White - 4/0 w/1/0 Green**<br>**400' - Red, Blue - #6** | | **1/27/25** | **$6,943.00** |

---

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Dunham Hildebrand Payne Waldron, PLLC**<br>**9020 Overlook Blvd., Suite 316**<br>**Brentwood, TN 37027** | **Retainer for Ch. 11 representation** | | **$75,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Jon Thompson** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of this case within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

Case 3:25-bk-01471    Doc 1    Filed 04/07/25    Entered 04/07/25 14:43:09    Desc Main
Document    Page 37 of 51

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Two Rivers Ford 76 Belinda Pkwy Mount Juliet, TN 37122** | **2019 Ford F150 VIN-1FTEX1CB2KKE56352 2020 Ford F150 VIN: 1FTEX1CB0LFA29066 2018 Ford F150 VIN: x49726 2022 Chevrolet Colorado VIN: 1GCGSBEA7N1298408 2022 Chevrolet Colorado VIN: 1GCGSBEA7N1304336 2023 Ford Expedition VIN: 1FMJK1P85PEA42771** | **10/3/24; 11/14/24; 12/5/24** | **$73,500.00** |
| | Relationship to debtor | | | |
| 13.2. | **Enterprise Fleet Management 7125 Crossroads Blvd. Brentwood, TN 37027** | **2017 GMC Savana VIN: x1915189 2021 Kia Soul VIN: KNDJ23AU3M7138792** | **11/29/24; 12/26/24** | **$19,100.00** |
| | Relationship to debtor | | | |
| 13.3. | **Sanders Auto Sales 1101 S Broadway Portland, TN 37148** | **2016 Dodge Ram VIN: x191759** | **10/8/24** | **$6,500.00** |
| | Relationship to debtor | | | |
| 13.4. | **Specks Electric 528 W Main Street Lebanon, TN 37087** | **2019 Ford Transit - 150 VIN: 1FTYE1ZM8KKB14920** | **10/15/24** | **$17,500.00** |
| | Relationship to debtor | | | |
| 13.5. | **Halemeyer Group 131 Legends Ridge Drive Lebanon, TN 37090** | **2020 Ford F150 VIN: 1FTEX1CBXLKF11339** | **10/22/24** | **$23,587.00** |
| | Relationship to debtor | | | |
| 13.6. | **Bradley's Heating and Air 105 Short Street Lebanon, TN 37087** | **2019 Ford Transit - 150 VIN: 1FTYR1ZM2KKB01455 2019 Ford Transit - 150 VIN: 1FTYE1ZM3KKA91868 2017 Vermeer Mini Skid Steer SN:1VRD070Y4H1001724** | **10/8/24; 10/15/24; 11/8/24** | **$38,500.00** |
| | Relationship to debtor | | | |

Case 3:25-bk-01471   Doc 1   Filed 04/07/25   Entered 04/07/25 14:43:09   Desc Main
Document      Page 38 of 51

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.7. | **Shane Bradley** **105 Short Street** **Lebanon, TN 37087** | **2022 - Ford Transit -150 VIN: 1FTYE1Y88LKB38852** | **10/8/24** | **$19,000.00** |
| | Relationship to debtor | | | |
| 13.8. | **Michael's Motor Company** **717 Murfreesboro Pike** **Nashville, TN 37210** | **2019 Ford F150 VIN: 1FTMF1CB9KKE56332** **2019 Ford Transit 150 VIN: 1FTYE1ZM1KKB59245** **2019 Ford Transit 150 VIN: 1FTYE1ZM1KKB63439** **2020 Ford Transit 150 VIN: 1FTYE1Y85LKA12755** | **2/14/24; 4/2/25** | **$58,000.00** |
| | Relationship to debtor | | | |
| 13.9. | **Jeff Sheperd** **1640 Old Statesville Road** **Watertown, TN 37184** | **John Deere Skid Steer 323D** | **11/6/24** | **$15,000.00** |
| | Relationship to debtor | | | |

## Part 7: Previous Locations

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

�■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

�■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
�■ Yes. State the nature of the information collected and retained.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Customer contact list for orders and marketing

Does the debtor have a privacy policy about that information?

■ No
☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Pinnacle Bank**<br>**150 Third Avenue South, Suite 900**<br>**Nashville, TN 37201** | **XXXX-1716** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **February 2024** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Puryear and Noonan CPAs**<br>         **40 Burton Hills Blvd., Ste 170**<br>         **Nashville, TN 37215** | **2021-2024** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|------------------|------------------------------------------------------------------|
|                  |                                                                  |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|------------------|--|
| 26d.1. | **Pinnacle Bank**<br>**150 Third Avenue South, Suite 900**<br>**Nashville, TN 37201** |
| 26d.2. | **ServisFirst Bank**<br>**1600 West End Avenue, Suite 200**<br>**Nashville, TN 37203** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|----------------------------------------------------------------|-------------------|------------------------------------------------------------------------------|
|                                                                |                   |                                                                              |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Jon Thompson** | **2187 Africa Road**<br>**Lebanon, TN 37087** | **Stockholder** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | **Jon Thompson**<br>**2187 Africa Road**<br>**Lebanon, TN 37087** | **$224,400.00** | **4/7/2024-3/30/2025** | **W2 wages; owner draws** |
| | **Relationship to debtor**<br>**President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Case 3:25-bk-01471    Doc 1    Filed 04/07/25    Entered 04/07/25 14:43:09    Desc Main
Document        Page 42 of 51

☐ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     __April  7, 2025__

__/s/ Jon Thompson__                              __Jon Thompson__
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     __President__

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

# United States Bankruptcy Court
## Middle District of Tennessee

In re **Thompson Electric, Inc.**
Debtor(s)

Case No. _____
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 75,000.00 |
| Prior to the filing of this statement I have received | $ | 75,000.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ☐ Debtor     ☑ Other (specify):     **Jon Thomspon, Member Client, paid retainer shared with future affiliate filing for Jon Thompson.**

3. The source of compensation to be paid to me is:

   ☑ Debtor     ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Scope of representation to be set forth in employment application to be filed by counsel after filing of this case.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Scope of representation to be set forth in employment application to be filed by counsel after filing of this case.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April  7, 2025**
Date

**/s/ R. Alex Payne**
**R. Alex Payne**
*Signature of Attorney*
**Dunham Hildebrand Payne Waldron, PLLC**
**9020 Overlook Blvd., Suite 316**
**Brentwood, TN 37027**
**629 777 6529  Fax: 615 777 3765**
**alex@dhnashville.com**
*Name of law firm*

---

# United States Bankruptcy Court
## Middle District of Tennessee

In re  **Thompson Electric, Inc.** _____  Case No. _____
                                              Debtor(s)              Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **April 7, 2025** _____     Signature  **/s/ Jon Thompson** _____
                                                                    **Jon Thompson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Tennessee

In re  **Thompson Electric, Inc.** _____  Case No. _____

Debtor(s)  Chapter  **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **April 7, 2025** _____

**/s/ Jon Thompson** _____
**Jon Thompson**/**President**
Signer/Title

THOMPSON ELECTRIC, INC.
129 SOUTHSIDE PARK DRIVE
LEBANON TN 37090

R. ALEX PAYNE
DUNHAM HILDEBRAND PAYNE WALDRON, PLLC
9020 OVERLOOK BLVD., SUITE 316
BRENTWOOD, TN 37027

APEX CARDMEMBER SERVICES
PO BOX 332509
MURFREESBORO TN 37133

ASSOCIATED BUILDERS AND CONTRACTORS
560 ROYAL PKWY
NASHVILLE TN 37214

BAGER DAYLIGHTING CORP.
4910 N CR 900 E
BROWNSBURG IN 46112

BEACON TECHNOLOGIES
1441 DONELSON PIKE
NASHVILLE TN 37217

BORDER STATES ELECTRIC SUPPLY OF TN
PO BOX 306079
NASHVILLE TN 37230

CAPITAL ONE
PO BOX 71087
CHARLOTTE NC 28272

CED
PO BOX 936364
ATLANTA GA 31193

CES
120 LINEBERRY BLVD.
MOUNT JULIET TN 37122

CHRYSTELLE THOMPSON
129 SOUTHSIDE PARK DRIVE
LEBANON TN 37090

CLEARLINE NETWORKS
5925 CLARKSVILLE HWY
JOELTON TN 37080

CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
SPRINGFIELD IL 62703

CRAWFORD ELECTRIC SUPPLY CO.
PO BOX 847160
DALLAS TX 75284-7160

DYNA-BRITE LIGHTING
200 MCELHINEY ROAD
DICKSON TN 37055

ELLIOTT ELECTRIC SUPPLY
PO BOX 206524
DALLAS TX 75320

ENTERPRISE FLEET MANAGEMENT
7125 CROSSROADS BLVD.
BRENTWOOD TN 37027

EQUIPMENTSHARE
5710 BULL RUN DRIVE
COLUMBIA MO 65201

FCCI INSURANCE COMPANY
6300 UNIVERSITY PARKWAY
SARASOTA FL 34240

FIFTH AND BROAD, LLC
7895 HEATON WAY
NASHVILLE TN 37211

FORD MOTOR CREDIT
BANKRUPTCY DEPARTMENT
PO BOX 35911
CLEVELAND OH 44135-0911

GRAYBAR ELECTRIC COMPANY, INC.
825 8TH AVE S
NASHVILLE TN 37203

HAMPTON CRANE SERVICE, INC.
1499 COUNTY HOSPITAL ROAD
NASHVILLE TN 37218

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101

JON THOMPSON
2187 AFRICA ROAD
LEBANON TN 37087

LIGHT BULB DEPOT
P.O. BOX 410
AURORA MO 65605-6747

OLD DOMINION FIRESTOPPING, LLC
12764 OAKE LAKE CT
MN 56445

PINNACLE BANK
150 THIRD AVENUE SOUTH, SUITE 900
NASHVILLE TN 37201

PINNACLE CARDMEMBER SERVICES
PO BOX 332509
MURFREESBORO TN 37133

POWERCOM SOLUTIONS
1122 FOSTER AVENUE
NASHVILLE TN 37210

ROBERT HALF, INC.
PO BOX 743295
LOS ANGELES CA 90074-3295

SCOTT CONSTRUCTION COMPANY LLC
1017 HWY 48 S
DICKSON TN 37055

SENTRY
167 CENTER POINT RD SOUTH
HENDERSONVILLE TN 37075

SERVISFIRST BANK
1600 WEST END AVENUE, SUITE 200
NASHVILLE TN 37203

SOUTH WESTERN COMMUNICATIONS
4871 ROSEBUD LANE
NEWBURGH IN 47630

SOUTHPOWER ELECTRIC
PO BOX 695
FULTONDALE AL 35068

STEPHEN AND SHERRI MERRYMAN
2050 NEAL ROAD
WATERTOWN TN 37184

STITES & HARBISON, PLLC
C/O JOSHUA KYLE CHESSER
401 COMMERCE STREET, SUITE 800
NASHVILLE TN 37219

TENNESSEE UNDERGROUND, LLC
270 ROCKLAND RD
HENDERSONVILLE TN 37075

```
TIMOTHY H NICHOLS, ESQ.
1614 19TH AVE S
NASHVILLE TN 37212

TN DEPARTMENT OF REVENUE
500 DEADERICK STREET
NASHVILLE TN 37242

TRUE LINE CORING & CUTTING
274 HERMITAGE AVE.
NASHVILLE TN 37210

UNITED RENTALS (NORTH AMERICA) INC
PO BOX 100711
ATLANTA GA 30384

US BANK EQUIPMENT FINANCE
PO BOX 790448
SAINT LOUIS MO 63179-0448

VECTOR SECURITY
3001 ARMORY DRIVE
NASHVILLE TN 37204
```

# United States Bankruptcy Court
## Middle District of Tennessee

In re  **Thompson Electric, Inc.**

                              Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Thompson Electric, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__April  7, 2025__

Date

/s/ R. Alex Payne

**R. Alex Payne**

Signature of Attorney or Litigant

Counsel for  **Thompson Electric, Inc.**

**Dunham Hildebrand Payne Waldron, PLLC**

**9020 Overlook Blvd., Suite 316**
**Brentwood, TN 37027**
**629 777 6529 Fax:615 777 3765**
**alex@dhnashville.com**